**No. 10-690. In re William M. Windsor, Petitioner.**

562 U.S. 1280, 131 S. Ct. 1627, 179 L. Ed. 2d 519, 2011 U.S. LEXIS 2059.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1177, 131 S. Ct. 1019, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 692.

**No. 10-6712. Curtis Leon Taylor, Petitioner v. George M. Hinkle, Warden.**

562 U.S. 1280, 131 S. Ct. 1627, 179 L. Ed. 2d 519, 2011 U.S. LEXIS 2064.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1070, 131 S. Ct. 660, 178 L. Ed. 2d 493, 2010 U.S. LEXIS 9215.

**No. 10-7086. Ronnie Blade, Petitioner v. United States.**

562 U.S. 1280, 131 S. Ct. 1627, 179 L. Ed. 2d 519, 2011 U.S. LEXIS 2003.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1053, 131 S. Ct. 622, 178 L. Ed. 2d 451, 2010 U.S. LEXIS 9005.

**No. 10-7201. Audrey S. Wagstaff, Petitioner v. Department of Education.**

562 U.S. 1280, 131 S. Ct. 1628, 179 L. Ed. 2d 519, 2011 U.S. LEXIS 2017.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1148, 131 S. Ct. 979, 178 L. Ed. 2d 771, 2011 U.S. LEXIS 341.

**No. 10-7235. Jose Erbo, aka Miguel A. Garcia-Velez, Petitioner v. United States.**

562 U.S. 1280, 131 S. Ct. 1628, 179 L. Ed. 2d 519, 2011 U.S. LEXIS 2031.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1076, 131 S. Ct. 679, 178 L. Ed. 2d 504, 2010 U.S. LEXIS 9398.

**No. 10-7288. Lourdes Iglesias, Petitioner v. Wal-Mart Stores East, L.P.**

562 U.S. 1280, 131 S. Ct. 1628, 179 L. Ed. 2d 519, 2011 U.S. LEXIS 2097.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1150, 131 S. Ct. 932, 178 L. Ed. 2d 775, 2011 U.S. LEXIS 289.

**No. 10-7307. Hubert Arvie, Petitioner v. Robert C. Tanner, Warden.**

562 U.S. 1280, 131 S. Ct. 1628, 179 L. Ed. 2d 519, 2011 U.S. LEXIS 2077.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1150, 131 S. Ct. 934, 178 L. Ed. 2d 776, 2011 U.S. LEXIS 460.